UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

HERMAN BELL,

                Plaintiff,

   -against-

New York State Corrections Officer ("C.O.")
JEREMY SAUNDERS, C.O. CHRISTOPHER
WINCHELL, C.O. ANTHONY WETHERBY, C.O.
PATRICK BROCKWAY, and C.O. JUSTIN QUAIN,
in their individual capacities,

                Defendants.

20-cv-256 (BKS/TWD)

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

---

      **PLEASE TAKE NOTICE THAT**, Evan Michael Piercey, one of the attorneys of record for Defendant Justin Quain ("Defendant Quain"), respectfully requests permission to withdraw as counsel for the Defendant Quain in the above-referenced action. In support of this motion, Evan Michael Piercey states that he no longer works for the law firm Whiteman Osterman & Hanna LLP ("Whiteman"), effective September 16, 2021, has no further involvement in this action, and that other counsel of record at Whiteman have noticed appearances on behalf of Defendant Quain and continue to represent Defendant Quain. Accordingly, I respectfully seek permission to withdraw as counsel of record for Defendant Quain.

      **WHEREFORE**, Evan Michael Piercey respectfully requests that the Court enter an Order withdrawing him as an attorney of record for Defendant Quain in this matter.

Dated: October 7, 2021
       New York, New York

                                      MINTZ, LEVIN, COHN, FERRIS,
                                      GLOVSKY AND POPEO, P.C.
                                      666 Third Avenue
                                      New York, New York 10017
                                      (212) 692-6723
                                      empiercey@mintz.com

By:              *Evan M. Piercey /s/*

                                              Evan M. Piercey

TO:    **All Counsel of Record**
        (via ECF)